# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kaplan, Jeff | U.S. District Court, Northern District of Texas | 09/01/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>08/31/2012 |

**7. Chambers or Office Address**

Earle Cabell Federal Building
1100 Commerce Street
Room 1611
Dallas, Texas 75242

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011-2012 | Shannon, Gracey, Ratliff & Miller, LLP -- salary |
| 2. 2011-2012 | Run On, Inc. -- non-employee compensation |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Jeff | 09/01/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Jeff | 09/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account 1 | | | | | | | | | |
| 2. Vodafone Group ADR | A | Dividend | J | T | | | | | |
| 3. IBM Common Stock | A | Dividend | K | T | | | | | |
| 4. Alliance Bernstein Int'l Growth | | None | J | T | | | | | |
| 5. Raymond James Bank Deposit Prog. | A | Interest | K | T | | | | | |
| 6. | | | | | | | | | |
| 7. Brokerage Account 2 | | | | | | | | | |
| 8. Williamson Co., Tex. Municipal Bond | A | Interest | | | Redeemed | 02/15/11 | J | A | |
| 9. Oppenheimer Main Street Fund | A | Dividend | K | T | | | | | |
| 10. Franklin Fed Tax Free Fund | B | Dividend | K | T | | | | | |
| 11. Western Asset Short Duration Muni Income | A | Dividend | K | T | Buy | 04/11/12 | K | | |
| 12. Raymond James Client Interest Program | A | Interest | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. Brokerage Account 3 | | | | | | | | | |
| 15. Invesco Mid Cap Core Equity Fund | B | Dividend | K | T | | | | | |
| 16. Invesco Energy Fund | | None | J | T | | | | | |
| 17. Alliance Bernstein Int'l Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Jeff | 09/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Franklin High Income Fund | C | Dividend | K | T | | | | | |
| 19. Templeton Foreign Smaller Cos Fund | A | Dividend | J | T | | | | | |
| 20. Loomis Sayles Strategic Income Fund | C | Dividend | K | T | | | | | |
| 21. Oppenheimer Value Fund | A | Dividend | K | T | | | | | |
| 22. Oppenheimer Global Strategic Income Fund | B | Dividend | K | T | | | | | |
| 23. Oppenheimer Int'l Bond Fund | A | Dividend | J | T | | | | | |
| 24. Oppenheimer Dev. Markets Fund | A | Dividend | K | T | | | | | |
| 25. Thornburg Int'l Value Fund | A | Dividend | K | T | | | | | |
| 26. US Treasury Bond | A | Interest | J | T | | | | | |
| 27. Raymond James Bank Deposit Program | A | Interest | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. Brokerage Account 4░░░ | | | | | | | | | |
| 30. Blackrock Latin America Fund | A | Dividend | K | T | | | | | |
| 31. Duncanville, Tex. ISD Bond 0 Coupon | | None | J | T | | | | | |
| 32. Fidelity Advisor New Insights Fund | A | Dividend | K | T | | | | | |
| 33. Northwest Tex. ISD Bond 0 Coupon | | None | | | Redeemed | 08/15/12 | J | A | |
| 34. Prudential Jennison Nat. Resources Fund | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Jeff | 09/01/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Williamson Co., Tex. Bond | A | Interest | | | Redeemed | 02/15/11 | J | A | |
| 36. Western Asset Short Duration Muni Income | A | Dividend | L | T | Buy | 04/11/12 | L | | |
| 37. Raymond James Bank Deposit Prog. | A | Interest | K | T | | | | | |
| 38. | | | | | | | | | |
| 39. Brokerage Account 5␦ | | | | | | | | | |
| 40. Franklin Total Return Fund | B | Dividend | K | T | | | | | |
| 41. Oppenheimer Value Fund | A | Dividend | K | T | | | | | |
| 42. Oppenheimer Strategic Income Fund | C | Dividend | K | T | | | | | |
| 43. Oppenheimer Int'l Bond Fund | B | Dividend | K | T | | | | | |
| 44. Southern Cal Edison 4.32% prefered stock | A | Interest | J | T | | | | | |
| 45. Southern Cal Edison 4.78% prefered stock | A | Interest | J | T | | | | | |
| 46. Raymond James Bank Deposit Prog. | A | Interest | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. Brokerage Account 6␦ | | | | | | | | | |
| 49. Blackrock Global Allocation | A | Dividend | J | T | | | | | |
| 50. Raymond James Bank Deposit Prog. | | None | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Jeff | 09/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage Account 7 | | | | | | | | | |
| 53. American Funds- Amcap Fund | | None | J | T | | | | | |
| 54. American Funds- Bond Fund of America | B | Dividend | K | T | | | | | |
| 55. American Funds- Cap. World Growth & Inc | A | Dividend | K | T | | | | | |
| 56. American Funds- Inc Fund of America | A | Dividend | J | T | | | | | |
| 57. American Funds- Invest. Co of America | A | Dividend | J | T | | | | | |
| 58. American Funds- New Perspective Fund | A | Dividend | J | T | | | | | |
| 59. American Funds- Smallcap World Fund | | None | K | T | | | | | |
| 60. | | | | | | | | | |
| 61. Brokerage Account 8 | | | | | | | | | |
| 62. American Funds- Cap. World Growth & Inc | | None | | | Sold | 01/03/11 | J | A | |
| 63. American Funds- Inc. Fund of America | | None | | | Sold | 01/03/11 | J | A | |
| 64. Thornburg Investment Income | A | Dividend | | | Sold | 04/11/12 | J | A | |
| 65. Raymond James Bank Deposit Prog. | A | Interest | | | Sold | 05/19/11 | J | A | |
| 66. Thornburg Ltd. Term Income | A | Dividend | J | T | Buy | 04/11/12 | J | | |
| 67. | | | | | | | | | |
| 68. JP Morgan Chase, Dallas, Tex. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Jeff | 09/01/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan Chase, Dallas, Tex. | A | Interest | L | T | | | | | |
| 70. Bank of America, Dallas, Tex. | A | Interest | J | T | | | | | |
| 71. Bank of America, Dallas, Tex. | A | Interest | K | T | | | | | |
| 72. Bank of America, Dallas, Tex. | A | Interest | J | T | | | | | |
| 73. Bank of America, Dallas, Tex. | A | Interest | J | T | | | | | |
| 74. Bank of America, Dallas, Tex. | A | Interest | J | T | | | | | |
| 75. Bank of America, Dallas, Tex. | A | Interest | J | T | | | | | |
| 76. US Savings Bonds- Series EE | | None | J | T | Sold (part) | 08/19/11 | J | A | |
| 77. New York Life Insurance Co. | A | Dividend | | | Redeemed | 06/27/12 | K | D | |
| 78. ING Retirement Funds- ▢ Portfolio | | None | M | T | | | | | |
| 79. Allstate Life Insurance Co. | | None | K | T | | | | | |
| 80. Northwestern Mutual Life Ins. Co. | | None | J | T | | | | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Jeff | 09/01/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Lines 2-5 indicate the specific assets contain in Raymond James Account #1. The account is listed on Line 1.
2. Lines 8-12 indicate the specific assets contain in Raymond James Account #2. The account is listed on Line 7.
3. Lines 15-27 indicate the specific assets contain in Raymond James Account #3. The account is listed on Line 14.
4. Lines 30-37 indicate the specific assets contain in Raymond James Account #4. The account is listed on Line 29.
5. Lines 40-46 indicate the specific assets contain in Raymond James Account #5. The account is listed on Line 39.
6. Lines 49-50 indicate the specific assets contain in Raymond James Account #6. The account is listed on Line 48.
7. Lines 53-59 indicate the specific assets contain in Raymond James Account #7. The account is listed on Line 52.
8. Lines 62-66 indicate the specific assets contain in Raymond James Account #8. The account is listed on Line 61.

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Jeff | 09/01/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeff Kaplan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544